NUMBER
13-02-222-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

ALFONSO PINA,                                                                   Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

___________________________________________________________________

 

                         On
appeal from the 28th District Court 

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, ALFONSO PINA,
perfected an appeal from an order entered by the  28th District Court of Nueces County,
Texas,  in cause number 87-CR-1483-A.  Appellant has filed a motion to withdraw
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to withdraw
notice of appeal, is of the opinion that appellant's motion to withdraw notice
of appeal should be granted.  Appellant's
motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 19th
day of September, 2002.